IN THE CIRCUIT COURT FOR Prince George's County
                                              (City or County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT   **CASE NUMBER** _____ (Clerk to insert)
**CASE NAME:** Imani Nyktas (Plaintiff) vs. Arc3 Gases, Inc., et al. (Defendant)
**PARTY'S NAME:** _____ **PHONE:** _____
**PARTY'S ADDRESS:** _____
**PARTY'S E-MAIL:** _____

If represented by an attorney:
**PARTY'S ATTTORNEY'S NAME:** Bruce M. Plaxen   **PHONE:** 410-730-7737
**PARTY'S ATTTORNEY'S ADDRESS:** 10211 Wincopin Circle, Suite 620, Columbia, Maryland 21044
**PARTY'S ATTTORNEY'S E-MAIL:** bplaxen@plaxenadler.com

**JURY DEMAND?** ☒ Yes ☐ No
**RELATED CASE PENDING?** ☐ Yes ☒ No  If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** ____ hours  2 days

### PLEADING TYPE

**New Case:** ☒ Original  ☐ Administrative Appeal  ☐ Appeal
**Existing Case:** ☐ Post-Judgment  ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt:____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☒ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specfic Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Forclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assupmtion of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 10/2021)     Page 1 of 3

**EXHIBIT A**

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☐ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Financial Exploitation
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory

- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order

- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000   ☒ $10,000 - $30,000   ☐ $30,000 - $100,000   ☐ Over $100,000

☒ Medical Bills $ _____   ☐ Wage Loss $ _____   ☒ Property Damages $ _____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation       ☒ Yes ☐ No          C. Settlement Conference   ☒ Yes ☐ No
B. Arbitration     ☒ Yes ☐ No          D. Neutral Evaluation       ☒ Yes ☐ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*

*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less        ☐ 3 days of trial time
☐ 1 day of trial time             ☐ More than 3 days of trial time
☒ 2 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of Defendant's response     ☐ **Standard** - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

### COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ Tax Sale Forclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

10/14/21
Date

Signature of Counsel / Party

8212010364
Attorney Number

10211 Wincopin Circle, Suite 620
Address

Bruce M. Plaxen
Printed Name

Columbia     MD     21044
City     State     Zip Code

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| IMANI NYKTAS<br>638 Timberlake Drive<br>Ewing, New Jersey 086 | *<br>*<br> |
| Plaintiff | * |
| v. | *   CASE NO. |
| ARC3 GASES, INC.<br>1700 Chamberlayne Avenue<br>Richmond, Virginia 23222 | *<br>*<br> |
| SERVE ON:  Emmett C. Aldredge, III<br>Resident Agent<br>1660 Highway 301 South<br>Dunn, North Carolina 28334 | *<br>*<br>*<br> |
| and | * |
| MARSHALL B. RUSSELL<br>10620 Winchester Drive<br>Amelia Court House, Virginia 23002 | *<br>* |
| Defendant | |

\*   \*   \*   \*   \*   \*   \*

## COMPLAINT

**COMES NOW** the Plaintiff, Imani Nyktas, by and through her counsel, Bruce M. Plaxen and Plaxen Adler Muncy, P.A., and states:

1. That on or about October 16, 2019 at approximately 6:30 a.m. the Plaintiff, Imani Nyktas, was operating her vehicle Northbound on Route 295 at or near its exit with Route 197 in Laurel Maryland where she was stopped for traffic.

2. That at the aforesaid time and place, the Defendant, Marshall Russell, was operating a leased vehicle in the same direction, on the same roadway, directly behind the Plaintiff, Imani Nyktas, when the Defendant, Marshall Russell, drove his vehicle into the rear

Plaxen Adler Muncy, P.A.
10211 Wincopin Circle
Suite 620
Columbia, MD 21044
(410) 730-7737

of the Plaintiff, Imani Nyktas's vehicle. The force of the impact caused the Plaintiff's vehicle to strike the rear of the vehicle directly in front of her.

3. That at all times mentioned herein the Defendant, Marshall Russell, was acting for the benefit of and as an agent and employee for Defendant, Arc3 Gases, Inc. (hereinafter referred to as "Arc3 Gases") and was using Defendant, Arc3 Gases' vehicle with its full knowledge and consent.

4. That said collision took place in Prince George's County, Maryland.

5. That at the time in question, the Plaintiff, Imani Nyktas, acted in a careful and prudent manner without any negligence contributing to the accident.

**COUNT I**
**(Negligence)**
**(*Imani Nyktas v. Marshall B. Russell*)**

6. That the Plaintiff, Imani Nyktas, adopts and incorporates all of the allegations of facts set forth as if fully set forth herein, and, in addition, states as follows:

7. That on the occasion in question, the Defendant, Marshall Russell, was negligent in the following particulars, among others, to wit:

    a) failure to give time and attention;

    b) failure to keep a proper lookout;

    c) reckless driving;

    d) failure to keep his vehicle under his control;

    e) driving at an excessive speed for the conditions existing;

    f) driving his vehicle into the rear of another vehicle;

    g) failure to drive in accordance with the laws and motor vehicle regulations of the State of Maryland.

Plaxen Adler Muncy, P.A.
10211 Wincopin Circle
Suite 620
Columbia, MD 21044
(410) 730-7737

8. That as a direct result of the aforesaid acts of negligence, the Plaintiff, Imani Nyktas, who was at all times exercising due care, was suddenly thrown against the inside of the automobile she was driving. That as a further direct result thereof, the Plaintiff, Imani Nyktas, suffered severe pain and permanent injuries to her body, as well as severe and protracted shock to her nervous system, all of which have caused her, and will continue to cause her, great pain and mental anguish.

9. That as a further direct result of the negligence of the Defendant, Marshall Russell, the Plaintiff, Imani Nyktas, has been forced to spend, and will continue to expend, large sums of money for x-rays, doctors, medical treatment and medicine for the treatment of the aforesaid injuries to herself.

10. That as a further direct result of the negligence of the Defendant, Marshall Russell, the Plaintiff, Imani Nyktas' vehicle sustained property damage and the Plaintiff, Imani Nyktas, has incurred expenses as a result of said property damage.

**WHEREFORE**, the Plaintiff, Imani Nyktas, demands judgment against the Defendant, Marshall B. Russell, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) for damages, together with the costs of this action, and for such other and further relief as is deemed just and proper.

### COUNT II
### (Negligence - Respondeat Superior Liability)
### (*Imani Nyktas v. Arc3 Gases, Inc.*)

11. That the Plaintiff, Imani Nyktas, adopts and incorporates all of the allegations of facts set forth above as if fully set forth herein and in addition states:

12. That the Defendant, Marshall Russell, was acting within the scope of his employment with the Defendant, Arc3 Gases at the time of the collision.

Plaxen Adler Muncy, P.A.
10211 Wincopin Circle
Suite 620
Columbia, MD 21044
(410) 730-7737

-3-

13. That as a direct result of the negligence of the Defendant, Marshall Russell, while he was acting within the scope of said employment, the Plaintiff, Imani Nyktas, was suddenly thrown against the inside of her automobile. That as a further direct result thereof, the Plaintiff, Imani Nyktas, suffered severe pain and permanent injuries to her body, as well as severe and protracted shock to her nervous system, all of which have caused her, and will continue to cause her great pain and mental anguish.

14. That as a further direct result of the negligence of the Defendant, Marshall Russell, while acting within the scope of said employment, the Plaintiff, Imani Nyktas, has been forced to spend, and will continue to expend, large sums of money for x-rays, doctors, nurses, medical treatment and medicine for the treatment of the aforesaid injuries to herself.

15. That as a further direct result of the negligence of the Defendant, Marshall Russell, while acting within the scope of said employment, the Plaintiff, Imani Nyktas' vehicle sustained property damage and the Plaintiff, Imani Nyktas, has incurred expenses as a result of said property damage

**WHEREFORE**, the Plaintiff, Imani Nyktas, demands judgment against the Defendant, Arc3 Gases, Inc. in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) for damages, together with the costs of this action, and for such other and further relief as is deemed just and proper.

Plaxen Adler Muncy, P.A.
10211 Wincopin Circle
Suite 620
Columbia, MD 21044
(410) 730-7737

Respectfully submitted,

PLAXEN ADLER MUNCY, P.A.

_____
Bruce M. Plaxen
10211 Wincopin Circle, Suite 620
Columbia, Maryland 21044
(410) 730-7737
(410) 730-1615 – facsimile
CPF No. 8212010364
*bplaxen@plaxenadler.com*
Counsel for Plaintiff

**CERTIFICATE OF COMPLIANCE**

**I HEREBY CERTIFY** that the documents filed herein do not contain any restricted information.

_____
Bruce M. Plaxen
CPF No. 8212010364

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| IMANI NYKTAS<br>638 Timberlake Drive<br>Ewing, New Jersey 086<br><br>    Plaintiff<br><br>v.<br><br>ARC3 GASES, INC.<br>1700 Chamberlayne Avenue<br>Richmond, Virginia 23222<br><br>SERVE ON: Emmett C. Aldredge, III<br>Resident Agent<br>1660 Highway 301 South<br>Dunn, North Carolina 28334<br><br>and<br><br>MARSHALL B. RUSSELL<br>10620 Winchester Drive<br>Amelia Court House, Virginia 23002<br><br>    Defendant | *<br>*<br>*<br>*<br>*    CASE NO.<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*

## LINE

**DEAR CLERK:**

Please establish a jacket for the above-captioned case and return the summons for service by private process.

Plaxen Adler Muncy, P.A.
10211 Wincopin Circle
Suite 620
Columbia, MD 21044
(410) 730-7737

-1-

Respectfully submitted,

PLAXEN ADLER MUNCY, P.A.

_____
Bruce M. Plaxen
10211 Wincopin Circle, Suite 620
Columbia, Maryland 21044
(410) 730-7737
(410) 730-1615 – facsimile
CPF No. 8212010364
*bplaxen@plaxenadler.com*
Counsel for Plaintiff

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that the documents filed herein do not contain any restricted information.

_____
Bruce M. Plaxen
CPF No. 8212010364

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| IMANI NYKTAS<br>638 Timberlake Drive<br>Ewing, New Jersey 086 | *<br><br>* |
| Plaintiff | * |
| v. | *     CASE NO. |
| ARC3 GASES, INC.<br>1700 Chamberlayne Avenue<br>Richmond, Virginia 23222 | *<br><br>* |
| SERVE ON: Emmett C. Aldredge, III<br>Resident Agent<br>1660 Highway 301 South<br>Dunn, North Carolina 28334 | *<br><br>*<br><br>* |
| and | * |
| MARSHALL B. RUSSELL<br>10620 Winchester Drive<br>Amelia Court House, Virginia 23002 | *<br><br>*<br>* |
| Defendant | |

\*   \*   \*   \*   \*   \*   \*

## REQUEST FOR JURY TRIAL

The Plaintiff, Imani Nyktas, by and through her counsel, Bruce M. Plaxen and Plaxen Adler Muncy, P.A., hereby requests a trial by jury in this matter.

Plaxen Adler Muncy, P.A.
10211 Wincopin Circle
Suite 620
Columbia, MD 21044
(410) 730-7737

Respectfully submitted,

PLAXEN ADLER MUNCY, P.A.

_____
Bruce M. Plaxen
10211 Wincopin Circle, Suite 620
Columbia, Maryland 21044
(410) 730-7737
(410) 730-1615 – facsimile
CPF No. 8212010364
*bplaxen@plaxenadler.com*
Counsel for Plaintiff

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that the documents filed herein do not contain any restricted information.

_____
Bruce M. Plaxen
CPF No. 8212010364